# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
  v.

ISRAEL ABREGO-SALGADO,
    Defendant.

**APPEARANCE**

Case Number: 08MJ0174

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 ISRAEL ABREGO-SALGADO

 I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/23/2008 | /s/ ROBERT R. HENSSLER |
| Date | Signature |
| | ROBERT HENSSLER / Federal Defenders o    216165 |
| | Print Name           Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City  State  Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number       Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008                                                       /s/  Robert R. Henssler
                                                                                              ROBERT R. HENSSLER, JR.
                                                                                              Federal Defenders of San Diego, Inc.
                                                                                              225 Broadway, Suite 900
                                                                                              San Diego, CA 92101-5030
                                                                                              (619) 234-8467  (tel)
                                                                                              (619) 687-2666  (fax)
                                                                                              e-mail: Robert_Henssler@fd.org