FILED
FEB 14 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr388 WQH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - |
| ISRAEL ABREGO-SALGADO, ) | False Statement to a Federal Officer |
| Defendant. ) | |

The United States Attorney charges:

On or about January 19, 2008, within the Southern District of California, defendant ISRAEL ABREGO-SALGADO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to _border patrol_ that _his name was Jose Sanchez_, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 2/14/08.

KAREN P. HEWITT
United States Attorney

_signature_
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego