AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ISRAEL ABREGO-SALGADO | CASE NUMBER: 08cr388-WQH |

I, ISRAEL ABREGO-SALGADO , the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X_Israel Abrego_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer



FILED

FEB 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY